# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

NAM VINH PHAN; ROSALYNE MARIE
ARTHO-PHAN, a minor; DAVY NAMSON
ARTHO-PHAN, a minor

V.

VICTOR NOEDER, HARLEY DAVIS,
MANUEL AINZA, EUGENE TASSIN,
DONALD MADISON, CITY OF SAN
DIEGO PARK AND RECREATION,
ACADEMY OF MODEL AERONAUTICS,
CHOLLAS LAKE RC FLYERS CLUB

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv2029-JM(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Plaintiff's motion to proceed In Forma Pauperis and sua sponte dismisses the action without prejudice for lack of subject matter jurisdiction..........................................................................
............................................................................................................................................................................
............................................................................................................................................................................

| November 13, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 13, 2008